UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HAMILTON, | No. 2:16-cv-0968 KJN P |
| Plaintiff, | |
| v. | ORDER |
| TOM BOSENKO, et al., | |
| Defendants. | |

Plaintiff, presently held in the Shasta County Jail and proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff has not completed the application to proceed in forma pauperis form.  First, plaintiff responded yes to questions 3(d) and 4, but failed to describe the source of money, the amount received and whether he expects the payments to continue in response to question 3(d), and failed to set forth the total amount in response to question 4.  (ECF No. 2 at 1-2.)  Second, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Third, plaintiff has not filed a copy of his jail trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

On the other hand, appended to his application form is a letter directed to the court in which plaintiff states that he authorizes Brian Schall "to release the funds for filing fees."  (ECF

No. 2 at 3.) Plaintiff provides Mr. Schall's address and phone number, and then adds, "the amount and a receipt for filing." (ECF No. 2 at 3.) If plaintiff intends to pay the filing fee, or have a third party pay the filing fee, the amount due is $400.00. However, plaintiff must make such payment arrangements on his own.

In light of plaintiff's letter, and his incomplete application to proceed in forma pauperis, it is unclear whether plaintiff intends or qualifies to proceed in forma pauperis. Accordingly, plaintiff is provided the opportunity to submit a completed in forma pauperis application[1] and a certified copy in support of his application, or to submit the $400.00 filing fee. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order:

    A. A completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of his jail trust account statement for the six month period immediately preceding the filing of the complaint; or

    B. The $400.00 filing fee;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: May 13, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/md/cw; hami0968.3c+.new

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the $350.00 filing fee but will be allowed to pay it in installments through his jail trust account. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.