UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN HAMILTON,                          No.  2: 16-cv-0968 KJN P

      Plaintiff,

  v.                                    ORDER

TOM BOSENKO, et al.,

      Defendants.

      Plaintiff is proceeding, without counsel, with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 25, 2016, this action was stayed pending resolution of plaintiff's criminal charges.  (ECF No. 10.)  Plaintiff has not notified the court of the resolution of his criminal charges.

      Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file a status report addressing the status of his criminal charges.

Dated:  October 26, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ham968.sta(3)

1