1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN HAMILTON,                              No.  2: 16-cv-0968 KJN P

12                    Plaintiff,

13        v.                                      ORDER

14   TOM BOSENKO, et al.,

15                    Defendants.

16

17        Plaintiff is proceeding, without counsel, with this civil rights action pursuant to 42 U.S.C.

18   § 1983.  On July 25, 2016, this action was stayed pending resolution of plaintiff's criminal

19   charges.  (ECF No. 10.)  Plaintiff has not notified the court of the resolution of his criminal

20   charges.

21        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this

22   order, plaintiff shall file a status report addressing the status of his criminal charges.

23   Dated:  October 26, 2021

24

25                                               KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE
26

27   Ham968.sta(3)

28

1